IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-cv-273-BO

| PAULA LOYD, | ) |  |
| --- | --- | --- |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | **ORDER** |
| MARTIN O'MALLEY, | ) |  |
| Commissioner of Social Security, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $13,137.25 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. It also appearing that upon receipt of the 406(b) fee, Plaintiff's counsel shall pay Plaintiff the lesser EAJA fee of $5,875.00.

It is therefore ORDERED that the Commissioner of Social Security pay Plaintiff's counsel, Charlotte W. Hall, the sum of $13,137.25, sent to her office at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiff's counsel pay to Plaintiff the sum of $5,875.00, and upon the payment of such sums, this case is dismissed with prejudice.

This _19_ day of _December_, 2024,

_Terrence Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE