UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PAULA LOYD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARTIN O'MALLEY, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>) | **JUDGMENT**<br>5:21-CV-273-BO |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner of Social Security pay Plaintiff's counsel, Charlotte W. Hall, the sum of $13,137.25, sent to her office at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiffs counsel pay to Plaintiff the sum of $5,875 .00, and upon the payment of such sums, this case is dismissed with prejudice.

**This judgment filed and entered on December 20, 2024, and served on:**
Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Gabrieal R. Deadwyler (via CM/ECF Notice of Electronic Filing)
Cassia Parson (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

December 20, 2024

  /s/ Peter A. Moore, Jr.